NEW YORK TRAP ROCK CORPORATION, as owner of THE FRANK C. MERTZ, Libelant-Appellee,

v.

COLONIAL SAND & STONE CO., Inc.,
Respondent-Appellee,
and
THE BUCHANAN SISTERS, David J. Conroy, Inc., Claimant-Appellant.

No. 345, Docket 23970.

United States Court of Appeals
Second Circuit.

Argued April 12, 1956.
Decided May 3, 1956.

Henry C. Eidenbach, New York City (Hagen & Eidenbach and Richard A. Hagen, New York City, on the brief), for New York Trap Rock Corp., libelant-appellee.

Leo F. Hanan, New York City (Macklin, Speer, Hanan & McKernan, New York City, on the brief), for Colonial Sand & Stone Co., Inc., respondent appellee.

Edward J. Ryan, New York City (Foley & Martin, New York City, on the brief), for David J. Conroy, Inc., claimant-appellant.

Before CLARK, Chief Judge, and MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

The interlocutory decree is affirmed on the opinion of Chief Judge Inch, D.C.E.D.N.Y., 115 F.Supp. 96.